**Electronically Filed**
**Supreme Court**
**SCWC-19-0000468**
**26-APR-2021**
**10:06 AM**
**Dkt. 9 ODAC**

SCWC-19-0000468

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

AJ ACHUO,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000468; 1CPC-17-0000357)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant AJ Achuo's application for writ of certiorari filed on March 15, 2021, is hereby rejected.

DATED:  Honolulu, Hawai'i, April 26, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

